IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERICA L. WITTROCK,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | 4:25CV3050<br><br>ORDER |

This matter is before the Court on the government's Motion for Leave to Withdraw as Counsel (Filing No. 10). The government indicates that Timothy R. Hook no longer serves as an Assistant U.S. Attorney for the District of Nebraska and that Assistant U.S. Attorney Shereece Dendy-Sanders will remain as counsel for the defendant.

IT IS ORDERED:

1. The government's motion (Filing No. 10) is granted.

2. The Clerk's Office shall substitute Frank Bisignano, Commissioner of the Social Security Administration, as the defendant pursuant to Fed. R. Civ. P. 25(d).

Dated this 9th day of June 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge