IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERICA L. WITTROCK,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Defendant. | 4:25CV3050<br><br>JUDGMENT |

In accordance with the Memorandum and Order (Filing No. 17) entered today, the decision of defendant Frank Bisignano, Commissioner of Social Security, denying plaintiff Erica L. Wittrock's claims for disability benefits under Title II of the Social Security Act (the "Act"), 42 U.S.C. § 401 *et seq.*, and for supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 *et seq.*, is affirmed. This case is dismissed with prejudice.

Dated this 3rd day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge